UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND E. SALLY,

                        Plaintiff,

          -against-

BRITISH ROYALL FAMILY, ET AL.,

                      Defendants.

26 CIVIL 0309 (LLS)

## CIVIL JUDGMENT

For the reasons stated in the February 10, 2026, order, this action is dismissed.

The Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B) (i).

SO ORDERED.

Dated:    February 13, 2026

          New York, New York

                          /s/ Louis L. Stanton

                          LOUIS L. STANTON
                        United States District Judge